UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| JULIE FULLMER, ) | |
| ) | |
| Plaintiff, ) | 3:08-cv-00040-LRH (VPC) |
| ) | |
| v. ) | |
| ) | <u>O R D E R</u> |
| MICHAEL J. ASTRUE, Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

The Court has considered the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#18[1]) entered on January 15, 2009, in which the Magistrate Judge recommends that the Plaintiff's Motion for Remand (#14) be denied and Defendant's Cross-Motion to Affirm (#15) be granted. Plaintiff filed a Notice of Non-Objection to Report and Recommendation (#19). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

/ / /

/ / /

/ / /

---

[1]Refers to court docket number.

1  ADOPTS AND ACCEPTS the Report and Recommendation of the United States
2  Magistrate Judge (#18); therefore, Plaintiff's Motion for Remand (#14) is DENIED and Defendant's
3  Cross-Motion to Affirm (#15) is GRANTED.
4  IT IS SO ORDERED.
5  DATED this 4th day of March, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2