AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*         DISTRICT OF   NEVADA

JULIE FULLMER,

    Plaintiff,    JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:08-cv-00040-LRH-VPC**

MICHAEL J. ASTRUE,
Commissioner Social Security
Administration,

    Defendant.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Report and Recommendation of the United States Magistrate Judge (#18) is ADOPTED and ACCEPTED. Plaintiff's Motion for Remand (#14) is DENIED and Defendant's Cross-Motion to Affirm (#15) is GRANTED.

   March 6, 2009        **LANCE S. WILSON**
                                        Clerk

                                        /s/ D. R. Morgan
                                        Deputy Clerk